| | |
|---|---|
| 1  MELINDA HAAG (CAS 132612)<br>   United States Attorney | **FILED** |
| 2 | |
| 3  MIRANDA KANE (CA 150630)<br>   Chief, Criminal Division | MAY - 2 2013 |
| 4  ROBERT K. PRUITT (KY 93232) | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| 5     Special Assistant United States Attorney | |

6      Defense Language Institute – Criminal Law
7      1336 Plummer Street, Building 275
        Monterey, CA  93944
8      Telephone: (831) 242-6394
        Email: robert.k.pruitt.mil@mail.mil

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SALINAS DIVISION

13  UNITED STATES OF AMERICA,          )  Criminal No.: CR-13-00138
                                       )
14         Plaintiff,                  )  STIPULATION AND [~~PROPOSED~~]
                                       )  ORDER EXCLUDING TIME
15   vs.                               )
                                       )
16  JESUS GARZA,                       )
                                       )
17         Defendant.                  )
18  _____)

19      On April 1, 2013, the parties in this case appeared before the Court for an initial appearance.
20  The parties jointly requested that the case be continued until June 3, 2013 at 9:30 a.m., in order
21  to allow counsel reasonable time necessary for effective preparation. In addition, the parties
22  request an exclusion of time under the Speedy Trial Act, from April 1, 2013 to June 3, 2013 at
23  9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the
24  defendant's need for effective preparation of counsel.

25

26

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney


DATED: April 30, 2013                   /S/
                                        ROBERT K. PRUITT
                                        Special Assistant United States Attorney


DATED: May 2, 2013                      /S/
                                        MANUEL ARAUJO
                                        Counsel for the Defendant


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 1, 2013 to June 3, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/2/13

HOWARD R. LLOYD
United States Magistrate Judge